## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Darrell Wilson

                        Plaintiff,

v.                                                    Case No.: 1:14–cv–01760
                                                              Honorable Edmond E. Chang

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Rule 26(a)(1) disclosures due by 06/16/2014. The first–round of written discovery must be issued by 06/23/2014. Fact discovery, including treating physicians (though probably there are none in this case), to be completed by 11/28/2014. In response to the Court's inquiry, Plaintiff's counsel reported that he believed that Plaintiff was detained for a majority of the time during which he was prosecuted. Under Rule 16(b), any amendments to pleadings or actions to join other parties shall be filed on or before 09/29/2014. Status hearing set for 06/30/2014 at 9:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.